705 A.2d 438

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

John Anthony LORD, Respondent.

No. 380 Disciplinary No. 3.

Supreme Court of Pennsylvania.

Dec. 30, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of December, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 20, 1997, it is hereby

ORDERED that John Anthony Lord be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.